# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Anita Varner | Case No. 13-cv-08086 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Portfolio Recovery Associates, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Lifetime Debt Solutions, LLC

By:  /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL 60608

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Keith McGurgan
Litigation Counsel
Porfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA  23502

/s/ Jeffrey Hyslip